AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:22-mj-00428-VCF |
| | ) | |
| ROBER DIMAGGIO | ) | Charging District: Southern District of Florida |
| *Defendant* | ) | Charging District's Case No. 9:19-cr-80030-WPD |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court<br>299 East Broward Boulevard<br>Fort Lauderdale, FL 33301 | Courtroom No.: TBD |
|---|---|---|
| | | Date and Time: TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   May 25, 2022

*Judge's signature*

CAM FERENBACH, United States Magistrate Judge
*Printed name and title*

RECEIVED
ENTERED                SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 25 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY